**In re: C. Douglass THOMAS, Albert S. Penilla, and Joseph A. Nguyen.**

No. 2007–1237.

United States Court of Appeals, Federal Circuit.

June 8, 2007.

C. Douglass Thomas, pro se.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to remand this case to the Board of Patent Appeals and Interferences for further proceedings,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.